IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>AARON R. OTT,<br><br>                Defendant. | 4:15CB3006<br><br>ORDER |

Upon the Motion of the Government, violation 3173288 is dismissed.

February 3, 2022.

BY THE COURT:

s/<u>Cheryl R. Zwart</u>
United States Magistrate Judge